| SUMMONS ON COMPLAINT | |
|---|---|
| THIRTEENTH JUDICIAL DISTRICT COURT<br>COUNTY OF SANDOVAL<br>STATE OF NEW MEXICO<br>1500 Idalia Road, Building A<br>Bernalillo, NM 87501<br>Telephone: (505) 867-2376 | D-1329-CV-2021-01008<br><br><br>Judge: George P. Eichwald |
| ANGELA SALAZAR o/b/o<br>J.M. a minor child,<br><br>     Plaintiffs,<br><br>vs.<br><br>RIO RANCHO PUBLIC SCHOOLS,<br>BOARD OF EDUCATION and<br>GEORGE ARCHULETA in his<br>Individual and official capacity,<br><br>     Defendants. | Defendant:<br><br>George Archuleta<br>10001 Coors Bypass NW, Apt. 323<br>Albuquerque, NM 87114-4142 |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that

1.      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.
2.      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.
3.      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit
4.      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.
6.      If you need an interpreter, you must ask for one in writing.
7.      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

DATED at  Sandoval County            , New Mexico, this   On This 1st Day of July 2021            .

CLERK OF THE COURT    Audrey Garcia


EXHIBIT
*B*

Deputy

/s/ Jennifer Guzman



/s/ Jason Bowles
Jason Bowles
Bowles Law Firm
4811 Hardware Dr. N.E. Building D, Suite 5
Albuquerque, New Mexico  87109
Telephone: (505) 217-2680
Facsimile: (505) 217-2681
Email: jason@bowles-lawfirm.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN

STATE OF NEW MEXICO       )
                                  )ss.
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ _____ county on the _____ day of
_____, 20__, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[  ]    To Defendant _____ *(used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

[  ]    To the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA *(used when service is by mail or commercial courier service).*

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[  ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, *(used when the defendant is not presently at place of abode)* and by mailing by first class mail to the defendant at _____ *(insert defendant's last known mailing address)* a copy of the summons and complaint.

[  ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ *(insert defendant's business address)*and by mailing the summons and complaint by first class mail to the defendant at _____*(insert defendant's last known mailing address)*

[  ]    to _____, an agent authorized to receive service of process for defendant _____.

[  ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem]
of defendant _____ *(used when defendant is a minor or an incompetent person).*

[  ]    to _____, *(name of person),* _____,
*(title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

Subscribed and sworn to before me this _____ day of _____, 2021.

_____
Judge, Notary or Other Officer
Authorized to Administer Oaths

My Commission Expires:                    Official Title
_____

_____

## USE NOTE

      1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

      2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.


[Adopted effective August 1, 1988, as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]