FILED
13th JUDICIAL DISTRICT COURT
Sandoval County
6/29/2021 2:37 PM
AUDREY GARCIA
CLERK OF THE COURT
Jennifer Guzman

THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF SANDOVAL
STATE OF NEW MEXICO

ANGELA SALAZAR o/b/o
J.M. a minor child

    Plaintiff,

D-1329-CV-2021-01008

vs.

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION,
GEORGE ARCHULETA in his
individual capacity, and
JOHN DOE #1 in his individual capacity.

    Defendants.

## JURY DEMAND

Plaintiffs, by and through their counsel of record, Jason Bowles of Bowles Law Firm, Robert Gorence of Gorence & Oliveros, P.C., and Todd Bullion the Law Office of Todd J. Bullion, hereby demands a six (6) person jury in the above-captioned matter. The fee will be paid when filing this jury demand.

    Respectfully Submitted,

    /s/ Jason Bowles
    Jason Bowles
    Bowles Law Firm
    4811 Hardware Drive, N.E., Suite D-5
    Albuquerque, New Mexico 87109
    Telephone: (505) 217-2680
    Email: jason@bowles-lawfirm.com

    ---and---

    Robert Gorence
    Gorence & Oliveros
    300 Central Ave SW, Suite #1000E
    Albuquerque, NM 87102

EXHIBIT C

(505) 244-0214
gorence@golaw.us

---and---

Todd J. Bullion
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com