THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF SANDOVAL
STATE OF NEW MEXICO

ANGELA SALAZAR o/b/o
J.M. a minor child,

    Plaintiff,

vs.                                      Case No. D-1329-CV-2021-01008

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION,
GEORGE ARCHULETA in his
individual capacity, and JOHN
DOE #1 in his individual capacity,

    Defendants.

## DEFENDANTS RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION'S NOTICE OF CONSENT TO REMOVAL

COME NOW Defendants Rio Rancho Public Schools Board of Education, by undersigned counsel, and hereby notifies the Court and the parties that they consent to the removal of this case by Defendant George Archuleta.

                                                WALZ AND ASSOCIATES, P.C.

                                                */s/ Jerry A. Walz*
                                                JERRY A. WALZ, ESQ.
                                                *Attorney for Rio Rancho Public Schools Board of Education*
                                                133 Eubank Blvd NE
                                                Albuquerque, NM 87123
                                                (505) 275-1800
                                                jerryawalz@walzandassociates.com



EXHIBIT D