D-1329-CV-202101008 - Wednesday, August 11, 2021

# Angela Salazar

## v.

## Rio Rancho Public Schools, et. al.

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-1329-CV-202101008 | Eichwald, George P. | 06/29/2021 | BERNALILLO District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | RIO RANCHO PUBLIC SCHOOLS |
| D | Defendant | 2 | BOARD OF EDUCATION |
| D | Defendant | 3 | ARCHULETA GEORGE |
| P | Plaintiff | 1 | SALAZAR ANGELA |

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/29/2021 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Other Damages |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| | | |

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 07/01/2021 | | | | | |
| 06/29/2021 | JURY DEMAND 6 PERSON | | | | |
| | Demand for 6 person Jury (Fee Paid) | | | | |
| 06/29/2021 | OPN: COMPLAINT | | | | |
| | Complaint for Damages | | | | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 06/29/2021 | Eichwald, George P. | 1 | INITIAL ASSIGNMENT |



EXHIBIT E